# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**BERNARD HOLBROOK,**
**ADC #110405**                                                                                                          **PLAINTIFF**

**V.**                     **CASE NO. 2:16-CV-68-BD**

**JOHN RATTLER**                                                                                           **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 31st day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE